### TAYLOR v. STATE. (No. 12330.)

Court of Criminal Appeals of Texas. Feb. 6, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Appellant was convicted upon indictment which charged that he, while intoxicated, drove an automobile upon a public street in the city of Haskell, and his punishment was assessed at a fine of $50.

No statement of facts or bills of exception accompany the record, and in such condition nothing is presented for review.

The judgment is affirmed.